# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LINDA L. FOLEY

VERSUS

JUDY L. DAVIS, TRUSTEE OF
THE KAY F. ENRIGHT SEPARATE
PROPERTY TRUST

NO.  2019 CW 1482

**MAR 1 3 2020**

---

In Re:    Linda L. Foley, applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, No.
          2013-2470.

---

**BEFORE:    GUIDRY, McCLENDON, AND BURRIS,[1] JJ.**

    **WRIT DENIED.**  When an appeal is taken from a final judgment, the appellant is entitled to seek review of interlocutory judgments involving the same or related issues. See **Carrollton Presbyterian Church v. Presbytery of South Louisiana of Presbyterian Church (USA)**, 2011-0205 (La. App. 1st Cir. 9/14/11), 77 So.3d 975, 979, writ denied, 2011-2590 (La. 2/17/12), 82 So.3d 285, cert. denied, 568 U.S. 818, 133 S.Ct. 150, 184 L.Ed.2d 32 (2012).  Though a final and appealable judgment has yet to issue in this case, see action issued in 2019 CW 1481, Relator will be entitled to seek review of this interlocutory ruling when the final judgment is issued.

                                 **JMG**
                                 **PMc**
                                 **WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.